## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Scott Smith,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **Winona Mall, LLC,** <br><br> **Defendant.** | Case File No. 0:17-CV-01983 DSD-SER <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties have reached a settlement as to the disputes between them in connection with the above-captioned matter and have agreed to dismiss this action, including all claims, counterclaims and defenses asserted by any party, with prejudice, with each party to bear their own costs, expenses and fees, in accordance with the terms of the Release and Settlement Agreement between the parties;

IT IS HEREBY STIPULATED AND AGREED to by and between the parties that all claims, counterclaims and actions asserted in the above-captioned matter by any party be dismissed with prejudice.

**BROWNE LAW, LLC**

Dated: October 11, 2017    By: */s/ Padraigin Browen*
Padraigin Browne (#0389962)
8530 Eagle Pointe Blvd., Suite 100
Lake Elmo, MN 55042
Telephone:  612-293-4805

*Attorneys for Plaintiff*

**DUNLAP & SEEGER, P.A.**

Dated: October 11, 2017    By: */s/ Gregory J. Griffiths*
Gregory J. Griffiths (#185553)
30 – 3rd Street SE, Suite 400
P.O. Box 549
Rochester, MN 55903-0549
Telephone:  507-288-9111
Facsimile:   507-288-9342

*Attorneys for Defendant*