UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-1983(DSD/SER)

| | |
|---|---|
| Scott Smith,<br><br>    Plaintiff,<br><br>v.<br><br>Winona Mall, LLC,<br><br>    Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. Pursuant to the parties' Stipulation,

IT IS HEREBY ORDERED, that the foregoing action be dismissed on the merits with prejudice, without costs or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 12, 2017      s/David S. Doty
                   David S. Doty, Judge
                   United States District Court